No. —. BLOSSER *v.* UNITED STATES. December 16, 1940. Application denied.

No. —, original. EX PARTE JOSEPH E. JONES. December 16, 1940. The motion for leave to file petition for writ of habeas corpus is denied.

No. 47. WISCONSIN ET AL. *v.* F. W. WOOLWORTH CO.

Argued November 20, 1940. Decided December 23, 1940. *Per Curiam:* The judgment is reversed on the authority of *Wisconsin* v. *J. C. Penney Co., ante,* p. 435. MR. JUSTICE STONE took no part in the consideration or decision of this cause. *Messrs. Harold H. Persons,* Assistant Attorney General of Wisconsin, and *James Ward Rector,* Deputy Attorney General, with whom *Mr. John E. Martin,* Attorney General, was on the brief, for petitioners. *Mr. Martin A. Schenck,* with whom *Messrs. Edward Cornell* and *G. Burgess Ela* were on the brief, for respondent.